UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| DEXTER O. GRAY, | Civil No. 3:17-CV-05230-RSL-TLF |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits, a period of disability, and supplemental security income under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ will reconsider whether Plaintiff meets or equals Listing 2.03 or 2.04 in 20 CFR Part 404, Subpart P, Appendix 1; if necessary will reconsider Plaintiff's residual functional capacity and his testimony; if necessary will obtain supplemental evidence from a vocational expert; and will issue a new decision.

Page 1      ORDER - [3:17-CV-05230-RSL-TLF]

Dated this 13th day of December, 2017.

*signature*
Robert S. Lasnik
United States District Judge

Presented by:

s/ Kathy Reif
KATHY REIF
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3851
Fax: (206) 615-2531
kathy.reif@ssa.gov